# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES E. COLBERT, JR.

Defendant.

**FILED**
U.S. District Court
District of Kansas
12/03/2025
Clerk, U.S. District Court
By:__AS__ Deputy Clerk

CASE NO. 25—6259-01-GEB

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### ILLEGAL POSSESSION OF A MACHINE GUN
### [18 U.S.C. §922(o)]

On or about April 5, 2025, in the District of Kansas, the defendant,

**CHARLES E. COLBERT, JR.,**

did knowingly possess a machinegun, to wit: a Glock, consisting of a Model 23, 9mm caliber semiautomatic pistol lower, bearing serial number CABY510 and a Model 19x, 9mm caliber semiautomatic pistol upper with a serial number of CCLC342, with a

machinegun conversion device which the defendant knew or was aware made it a machine gun.

In violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

## **FORFEITURE NOTICE**

1.      The allegations contained in Count 1 of this Complaint are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Count 1 of this Complaint, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

A.      a Glock, consisting of a Model 23, 9mm caliber semiautomatic pistol lower, bearing serial number CABY510 and a Model 19x, 9mm caliber semiautomatic pistol upper with a serial number of CCLC342, with a machinegun conversion device; and

B.      Accompanying Ammunition

I further state that I am a Task Force Officer with the Alcohol, Tobacco, Firearms and Explosives (ATF), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the

2

defendant, CHARLES E. COLBERT, JR., committed the offense set forth in this Complaint.

_____
Vincent Reel
Task Force Officer, Bureau of Alcohol,
Tobacco, Firearms & Explosives

Sworn to before me this 3rd day of December 2025, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, CHARLES E. COLBERT JR., committed the offense set forth in this Complaint.

_____        _____
Gwynne E. Birzer                              Signature of Judicial Officer
United States Magistrate Judge

3

## PENALTIES

**Count 1: 18 U.S.C. §922(o)**
**[Possession of a Machine Gun]**

- Punishable by a term of imprisonment of not more than ten (10) years.  26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $10,000.  26 U.S.C. § 5871.

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## **AFFIDAVIT**

I, VINCENT REEL, being duly sworn, state as follows:

1.    I am a Wichita Police Department Detective assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force, and have been employed by the Wichita Police Department (WPD) for 15 years and the Task Force for four years. My current responsibilities include the investigation of unlawful possession of firearms, ammunition, and drugs.

2.    This affidavit is submitted in support of a criminal complaint alleging that Charles COLBERT has violated Title 18, United States Code, Section 922(0). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Charles COLBERT with knowingly possessing a machinegun, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offence alleged in the complaint.

3.    This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers, police reports, video surveillance, crime scene diagrams, firearm analysis, ballistic analysis, and DNA analysis.

4.    On April 5th, 2025, Wichita Police Officers were dispatched to the American Legion, 1335 N. Hydraulic Ave. Wichita, Kansas for a shooting. Officers arrived on scene, spoke to witnesses and reviewed surveillance video. Officers reviewed video and identified Charles COLBERT arriving in a white GMC Terrain SUV with three other individuals. The video then shows Charles COLBERT entering the American Legion and then leaving the American Legion. Charles COLBERT and the three other individuals then get into a white GMC Terrain and drive

1

through the American Legion parking lot. As the GMC Terrain is driving through the parking lot, multiple shots are fired from the white GMC Terrain. The GMC Terrain then wrecked and all four individuals flee from the GMC Terrain.

5.      Police locate two firearms and multiple shell casings at the scene of the white GMC Terrain. One of the two firearms was a Glock firearm with an obvious machinegun switch attached to the Glock. A bullet strike and blood was found on the Glock. The blood was sent to the Science Center for analysis. The Science Center located DNA belonging to Charles COLBERT on the Glock machine-gun.

6.      Fired shell casings were located in and around the white GMC Terrain. Those casings were sent to the Science Center, which confirmed two fired shell casings located at the scene had been fired from the Glock machinegun.

7.      On November 20th, 2025, Charles COLBERT was interviewed by Det. Rogers who confirmed Charles COLBERT had a scar on his left hand consistent with an injury from the bullet strike to Glock machinegun that Colbert was holding at the American Legion on April 5th, 2025.

8.      The Glock with the attached machinegun switch was sent off to the ATF Forensic and Technology Criminal Branch (FTCB) for machinegun determination. FTCB inspected and test fired the machinegun switch determining it meets the requirements for machinegun determination. It was determined the switch allowed the Glock to fire multiple times with one single pull of the trigger.

9.      I conducted a records check on Charles COLBERT and the firearm and determined neither were registered through the National Firearms Act (NFA).

2

I respectfully submit that the facts set forth above establish probable cause to believe that Charles COLBERT violated Title 18, United States Code, Section 922(o), on or about April 5th, 2025 in the District of Kansas by knowingly possessing a machinegun.

FURTHER AFFIANT SAYETH NOT.

_____
VINCENT REEL
Task Force Officer, Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED AND SWORN to before me on December 3, 2025

_____
GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE

3