## UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                    **CASE NO. 6:25-cr-10148-JWB**

**CHARLES E. COLBERT, JR.**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**ILLEGAL POSSESSION OF A MACHINE GUN**
**[18 U.S.C. §922(o)]**

On or about April 5, 2025, in the District of Kansas, the defendant,

**CHARLES E. COLBERT, JR.,**

did knowingly possess a machinegun, to wit: a Glock, consisting of a Model 23, 9mm caliber semiautomatic pistol lower, bearing serial number CABY510 and a Model 19x, 9mm caliber semiautomatic pistol upper with a serial number of CCLC342, with a machinegun conversion device which the defendant knew or was aware made it a machine gun.

In violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

## COUNT 2

### PROHIBITED PERSON IN POSSESSION OF A FIREARM
### [18 U.S.C. § 922(g)(1)]

On or about April 5, 2025, in the District of Kansas, the defendant,

### CHARLES E. COLBERT, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock, consisting of a Model 23, 9mm caliber semiautomatic pistol lower, bearing serial number CABY510 and a Model 19x, 9mm caliber semiautomatic pistol upper with a serial number of CCLC342, with a machinegun conversion device, which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any

firearms or ammunition involved in the commission of the offenses, including, but not limited to:

A.    a Glock, consisting of a Model 23, 9mm caliber semiautomatic pistol lower, bearing serial number CABY510 and a Model 19x, 9mm caliber semiautomatic pistol upper with a serial number of CCLC342, with a machinegun conversion device; and

B.    Accompanying Ammunition

A TRUE BILL.

December 10, 2025                        s/Foreperson
DATE                                               FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

3

## **PENALTIES**

**Count 1: 18 U.S.C. §922(o)**
**[Possession of a Machine Gun]**

- Punishable by a term of imprisonment of not more than ten (10) years.  26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $10,000.  26 U.S.C. § 5871.

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2: 18 U.S.C. § 922(g)(1)**
**[Prohibited Person in Possession of a Firearm]**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.